**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

ABDELMASEH SAADAWI AKHNOKH REZKALLA

        v.                                             Civil No. 26-cv-482-JL-TSM

SUPERINTENDENT, STRAFFORD COUNTY
      DEPARTMENT OF CORRECTIONS;
DIRECTOR, BOSTON FIELD OFFICE,
      UNITED STATES IMMIGRATION
      AND CUSTOMS ENFORCEMENT; ET AL.

## <u>O R D E R</u>

Petitioner, a civil immigration detainee from Egypt, filed this Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. No. 1), challenging his detention at the Strafford County Department of Corrections ("SCDC") in United States Immigration and Customs Enforcement ("ICE") custody.  The Petition is before this court to determine whether the claims asserted are not facially invalid and may proceed.  See 28 U.S.C. § 2243; Rules 1(b) & 4 of the Rules Governing Section 2254 Cases; LR 4.3(d)(4).

According to the Petition, Petitioner was arrested by ICE agents, without justification, on June 4, 2026, and he remains in ICE custody.  Petitioner claims his current and continued detention in ICE custody violates his rights under the Immigration and Nationality Act and the Fifth Amendment's Due Process Clause.  Petitioner seeks, among other things, immediate release or a bond hearing.

Petitioner's claims warrant service and a response.  The Clerk's office shall:

- Provide an electronic copy of this Order and the Petition (Doc. No. 1) to the Civil Bureau Chief of the Office of the U.S. Attorney for the District of New Hampshire as soon as is practicable;

- Deliver a copy of the same documents to the Office of the U.S. Attorney for the District of New Hampshire, to the attention of the Civil Process Clerk;

- Serve the SCDC Superintendent by sending the same documents, by email, to Strafford County Attorney Emily Garod at: egarod@straffordcounty.gov, and copy that email to Meghan Raiche at mraiche@straffordcounty.gov, and the SCDC Superintendent at cbrackett@straffordcounty.gov.

- Send copies of the same documents by certified mail to[1]:

    o **Director**, Boston Field Office, U.S. Immigration and Customs Enforcement, 1000 District Ave., Burlington, MA 01803; and

    o **U.S. Attorney General**, 950 Pennsylvania Ave. NW, Washington, D.C. 20530.

The Federal Respondents are directed to file an answer or dispositive motion in response to the Petition (Doc. No. 1) within seven days of the date of this Order.  If any Respondent files a dispositive motion in lieu of an answer, that Respondent's deadline for filing an answer is extended until fourteen days after the court rules on the dispositive motion.  No more than fourteen days after the answer is filed, Respondents shall file either a motion for summary judgment, or a statement representing that an evidentiary hearing is necessary.

The SCDC Superintendent must file an appearance in this matter within fourteen days of service upon him.  The SCDC Superintendent is not required to file an answer or other response to the Petition until further court order.

Any party may request a status conference at any time, including before service on Respondents is complete.

Respondents shall provide this court with at least 72 hours of advance notice of any scheduled removal or transfer of Petitioner out of this court's jurisdiction.  Such notice shall be filed in writing on the docket of this proceeding and shall state the reasons for such action and why removal or transfer of Petitioner should not be stayed pending further court proceedings. Respondents may provide notice of Petitioner's release from custody after the fact.

---

[1] The court declines to serve any other Federal Respondent at this time.

SO ORDERED.

Talesha L. Saint-Marc
United States Magistrate Judge

June 10, 2026

cc:    Branden Scott Ladebush, Esq.