UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Abdelmaseh Saadawi Akhnokh Rezkalla

      v.                                      Case No. 1:26-cv-00482-JL-TSM

Christopher Brackett, et al.

### ORDER

Before the court is the habeas petition brought by Abdelmaseh Saadawi Akhnokh Rezkalla challenging his ongoing ICE detention.[1] After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2] In response, the government notes that it "object[s] to this Court ordering relief based on *Destino*" on the ground that the case was "wrongly decided," but concedes that the court "would likely reach the same result and would order that Petitioner be afforded a bond hearing before an [I]mmigration [J]udge" if it applied *Destino*'s reasoning here.[3]

Thus, no cause having been shown, the court GRANTS the petition[4] for a bond hearing based on the reasoning in *Destino* and orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The petition is DENIED in all other respects. The parties shall file a status report on or before **July 2, 2026**.

      SO ORDERED.

                                      Joseph N. Laplante
                                      United States District Judge

Dated: June 22, 2026

Cc: Counsel of record

---

[1] Doc. no. 1.

[2] Doc. no. 3.

[3] Show Cause Response (doc. no. 6) at 2-3. The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.

[4] Doc. no. 1.